1060

No. 98–8465.  TABBAA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–1357.  THOMPSON ET AL. v. MILLE LACS BAND OF CHIP-PEWA INDIANS ET AL.  C. A. 8th Cir.  Motion of Dean Crist for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 98–899.  PLUNK v. UNITED STATES.  C. A. 9th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 98–1026.  WASHINGTON v. UNITED STATES ET AL.;
No. 98–1028.  PUGET SOUND SHELLFISH GROWERS v. UNITED STATES ET AL.;
No. 98–1039.  26 TIDELAND AND UPLAND PRIVATE PROPERTY OWNERS ET AL. v. UNITED STATES ET AL.; and
No. 98–1052.  ALEXANDER ET AL. v. UNITED STATES ET AL. C. A. 9th Cir.  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  Reported below: 157 F. 3d 630.

No. 98–1077.  CALIFORNIANS FOR SAFE AND COMPETITIVE DUMP TRUCK TRANSPORTATION ET AL. v. MENDONCA ET AL. C. A. 9th Cir.  Motion of California Trucking Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 98–1082.  CALDERON, WARDEN v. UNITED STATES DIS-TRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (KELLY, REAL PARTY IN INTEREST).  C. A. 9th Cir.  Motion of respondent Horace Edwards Kelly for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 98–6636.  RAMIREZ v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 525 U. S. 1077;
No. 98–6745.  PIERCE v. LOCAL 863, INTERNATIONAL BROTH-ERHOOD OF TEAMSTERS, ET AL., 525 U. S. 1079;
No. 98–7038.  MATHISON v. UNITED STATES, 525 U. S. 1089;

No. 98–7149.   BLOUNT v. UNITED STATES, 525 U. S. 1091;
No. 98–7375.   RAMOS v. UNITED STATES, 525 U. S. 1128;
No. 98–7493.   CRIALES v. AMERICAN AIRLINES, INC., 525 U. S. 1162;
No. 98–7807.   IN RE BREWER, 525 U. S. 1137; and
No. 98–7845.   MCKEEVE v. UNITED STATES, 525 U. S. 1184. Petitions for rehearing denied.

APRIL 13, 1999

No. 98–8930 (A–852).   IN RE RAMSEY.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 98–8824 (A–828).   CHICHESTER v. TAYLOR, WARDEN. C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

APRIL 14, 1999

No. 98–1368.   STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. LAGRAND.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.2.

APRIL 19, 1999

No. 98–933.   APOLLOMEDIA CORP. v. RENO, ATTORNEY GENERAL.   Affirmed on appeal from D. C. N. D. Cal.   JUSTICE STEVENS would postpone question of jurisdiction to hearing of case on the merits.

No. 98–1204.   BRADSHAW, LABOR COMMISSIONER OF CALIFORNIA, ET AL. v. G & G FIRE SPRINKLERS, INC.   C. A. 9th